# In The United States District Court Northern District of Indiana

Mitch Taebel,
    Plaintiff.
  V.
Google, Inc.,
YouTube, LLC,
    Respondents.

Case No. 2:21CV313

-FILED-
OCT 13 2021
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## COMPLAINT

Plaintiff has been locked out Plaintiff's account an unable to gain access to Plaintiff's account after contacting support and even having a law firm send a letter requesting assistance. Plaintiff has approximately thirty short films and videos that are very valuable to Plaintiff. Plaintiff's account was either hacked or YouTube took down Plaintiff's Media. This was an act of Conspiracy and accessory to kidnapping. There are currently only two videos showing public on Plaintiff's YouTube Channel out of the twenty videos Plaintiff had set to public. Plaintiff was kidnapped by law enforcement in the state of Arizona January 24th 2018 in retaliation for filing several lawsuits in court including one that very morning. The day of the kidnapping prior to the kidnapping a Political Film titled "LOGIC" that won a Film Award from the Los Angeles Film Awards February 2017 and was taken down and deleted from Plaintiff's YouTube Channel. The film showed Plaintiff interacting with the Public and Plaintiff looked like a Professional Journalist and therefore would have required any reasonable judge to release Plaintiff on reasonable bail. Plaintiff was unlawfully detained for over three years. Google and YouTube were either conspirators in this kidnapping or through negligence allowed Plaintiff's account to be hacked and then through deliberate and reckless indifference they have

prevented Plaintiff from accessing Plaintiff's account and regaining Plaintiff's valuable property. Plaintiff is unable to access Plaintiff's account due to two-step verification. Plaintiff no longer has Plaintiff's old phone number. YouTube videos show Support used to offer assistance and would simply disable two-step verification however it has been Plaintiff's experience that YouTube and Google currently had recklessly refused to offer assistance and therefore causing Plaintiff to be deprived of Plaintiff's invaluable property. Plaintiff's email and YouTube channel are under mitchtaebel@gmail.com. Attached hereto as Exhibit 1) is the Letter Plaintiff's Legal Shield Provider Law Firm sent to YouTube.

Plaintiff demands assistance to access to plaintiff's Gmail and YouTube Accounts and wants all property that was on Plaintiff's Channel before the Hacking and Kidnapping or Plaintiff demands $100 Million.

Dated: October 11th 2021.

Submitted by,

*[signature]*

Mitch Taebel
2020 Golden Gate Dr.
Long Beach, IN 46360
219-214-8098
MitchTaebel@hotmail.com